UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-CV-210

| CHRISTOPHER R. LAZEAR, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| U.S. AIRLINE PILOTS ASSOCIATION and ROBERT E. STREBLE, | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court upon Plaintiff's Motion to Strike (Doc. No. 17) and Defendant's Motion for Leave to File a certification of word count compliance (Doc. No. 18). Plaintiff notes that Defendant filed a memorandum of law in opposition to Plaintiff's motions to remand and for costs and fees (Doc. No. 13) but did not include the word count compliance certification required by the Court's Initial Scheduling Order, paragraph 3(b)(iv). Defendant's motion (Doc. No. 18) is HEREBY GRANTED and Plaintiff's Motion (Doc. No. 17) is DENIED as moot.

Therefore, Defendant is HEREBY ORDERED to amend their motion (Doc. No. 13) to include a certificate of word count compliance and to make any necessary changes to be in compliance with the Court's Initial Scheduling Order within forty-eight (48) hours.

IT IS SO ORDERED.

Signed: May 21, 2012

*[signature]*

Frank D. Whitney
United States District Judge