# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### DOCKET NO. 3:12-CV-210

| | |
|---|---|
| CHRISTOPHER R. LAZEAR, | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| U.S. AIRLINE PILOTS ASSOCIATION and ROBERT E. STREBLE, | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court upon Plaintiff's Motion to Remand (Doc. No. 7) and Motion for Attorney's Fees (Doc. No. 8). The Court defers ruling on the motions and HEREBY ORDERS the parties to certify to the Court their state of residence for the purposes of diversity jurisdiction. 28 U.S.C. § 1332; see also Hertz Corp. v. Friend, 130 S. Ct. 1181, 1192 (2010) ("We conclude that 'principal place of business' is best read as referring to the place where a corporation's officers direct, control, and coordinate the corporation's activities. It is the place that Courts of Appeals have called the corporation's 'nerve center.'").

Furthermore, Plaintiff is HEREBY ORDERED to certify to the Court the approximate amount of damages Plaintiff seeks.

IT IS SO ORDERED.

Signed: June 5, 2012

Frank D. Whitney
United States District Judge